IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 144

| | |
|---|---|
| ESTATE OF BRANDON CHASE COX, by and through Co-Administrators TONY COX and REBA RENEE COX<br><br>Plaintiff,<br><br>v.<br><br>CHARLES S. MCDONALD, in his official capacity as Sheriff of Henderson County, North Carolina; SOUTHERN HEATLH PARTNERS, INC.; MICHELLE RUSSELL; and KAREN LACEY STEWART,<br><br>Defendants. | **ORDER** |

This matter is before the Court upon the parties' Motion to Substitute Party (Doc. 16) [1].

The parties request that the new Henderson County Sheriff, Lowell S. Griffin, be substituted for former Henderson County Sheriff, Charles S. McDonald. Id. at 1.

For good cause shown, the parties' Motion to Substitute Party (Doc. 16) is hereby **GRANTED.** The Clerk is respectfully directed to amend the Court's docket to reflect this substitution.

---

[1] Local Rule 7.1(c) states that "a brief must be filed contemporaneously with the motion . . ." Here, while a brief was submitted, it was embedded in the Motion. For the parties' future reference, briefs should be filed separately from the motions they support. See e.g., Traber v. Mortg. Elec. Registration Sys., Inc., No. 1:11CV126, 2012 WL 3039714, at *1 (W.D.N.C. July 25, 2012) (local rules "require the filing of a motion and separate brief") United States v. 100 Sherwood Forest Drive, Nebo, McDowell Cty., N.C., No. 1:09CV409, 2012 WL 242834, at *3 (W.D.N.C. Jan. 25, 2012) ("Local Civil Rule 7.1(C) requires that a motion be accompanied by a separate brief setting forth the movant's arguments.").

1

Signed: December 18, 2018

W. Carleton Metcalf
United States Magistrate Judge