UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-144-MOC-WCM

| | |
|---|---|
| ESTATE OF BRANDON CHASE, COX, by and through co-administrators TONY COX and REBA RENEE COX, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| CHARLES S. MCDONALD, in his official capacity as Sheriff of Henderson County, North Carolina, et al., | )   **ORDER**<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on a Consent Motion to Set Trial Date, filed by Defendants Michelle Russell and Southern Health Partners. (Doc. No. 35).

For good cause shown, the Court grants the motion to the extent that the trial in this matter shall be calendared to begin on Thursday, October 10, 2019 at 9:30 a.m.

Furthermore, per informal agreement of the parties, the jury in this matter will be picked on Monday October 7, 2019, at the conclusion of docket call.

Finally, the parties are advised that the commencement of the trial on October 10, 2019, is subject to any pending criminal trials that may begin the week of Monday October 7, 2019.

**IT IS SO ORDERED**.

Signed: September 19, 2019

Max O. Cogburn Jr.
United States District Judge